THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00181-NYW-NRN

MACY KATE BOUTIQUE, INC., a Colorado corporation,

    Plaintiff

v.

FASHION ANGEL WARRIOR, LLC, a New Jersey limited liability company; SPOILED ROTTEN U.S.A., INC., a New York corporation.

    Defendants

## STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE

Plaintiff Macy Kate Boutique, Inc. ("MKB"), by and through its counsel at Montgomery Little & Soran, P.C., Defendant Fashion Angel Warrior, LLC ("FAW"), by and through its counsel at Miller & Urtz, LLC, and Defendant Spoiled Rotten, U.S.A. ("SR"), by and through its counsel at Fortis Law Partners, LLC, hereby submit this Stipulated Motion to Dismiss the Action *with Prejudice*, stating as follows (this "Motion"):

### Stipulation

1. FAW, SR, and MKB have settled this dispute and executed a settlement agreement.

2. Each of SR and FAW has completed certain obligations set forth in the settlement agreement. Accordingly, MKB, SR, and FAW jointly and respectfully move this Court to dismiss all claims brought or which could have been brought by each of MKB, SR, and FAW, *with prejudice*.

3. Each of MKB, SR, and FAW are to bear their own respective attorneys' fees, expenses, and costs.

4. Neither MKB, SR, or FAW make any admission as to any liability by way of this Motion.

5. As this Motion is stipulated to by all parties, a proposed order is filed herewith and emailed to Wang_Chambers@cod.uscourts.gov for the Court's convenience and pursuant to D.C.Colo.LCivR 7.1(g) and Civ. Practice Standard 7.1A(a)(1).

Dated:  May 24, 2024.          Stipulated to and Respectfully Submitted,

MONTGOMERY LITTLE & SORAN, P.C.

s/ *James C. Taravella*
James C. Taravella, #55179
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Phone: (303) 773-8100
E-mail:  jtaravella@montgomerylittle.com
**Attorneys for Plaintiff Macy Kate Boutique, Inc.**

s/ *Paul G. Urtz*
Paul G. Urtz
Miller & Urtz LLC
4500 East Cherry Creek North, Suite 1080
Denver, CO 80246
Phone: (303) 861-1200
Email:  paulurtz@millerurtz.com
**Attorney for Defendant Fashion Angel Warrior, LLC**

s/ *Henry M. Baskerville*
Henry M. Baskerville
Fortis Law Partners LLC
1900 Wazee Street, Suite 300
Denver, CO 80202
Phone: (303) 295-9700
Email:  hbaskerville@fortislawpartners.com
**Attorney for Defendant Spoiled Rotten U.S.A, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, I electronically filed the foregoing **STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul G. Urtz
Miller & Urtz LLC
4500 East Cherry Creek North, Suite 1080
Denver, CO 80246
paulurtz@millerurtz.com

*Attorney for Defendant Fashion Angel Warrior, LLC*

Henry M. Baskerville
Fortis Law Partners LLC
1900 Wazee Street, Suite 300
Denver, CO 80202
hbaskerville@fortislawpartners.com

*Attorney for Spoiled Rotten U.S.A, Inc.*

                                                */s/ James C. Taravella*
                                                MONTGOMERY LITTLE & SORAN, P.C.